**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

JOSEPH TAYLOR, PLAINTIFF

V. NO. 4:06CV81-D-B

JOHN BEARRY, et al., DEFENDANT

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The *pro se* Plaintiff, an inmate, alleges in this § 1983 complaint that the Defendants intentionally delayed medical attention. Magistrate Judge Eugene M. Bogen filed a Report and Recommendation on November 3, 2006, recommending dismissal of the claims against all named Defendants for failure to state a claim upon which relief may be granted. On November 17, 2006, Plaintiff filed an Objection to the Report and Recommendation.

The court finds that Plaintiff's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) the Plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) all claims and Defendants are DISMISSED; and

4) this case is CLOSED.

SO ORDERED, this the 27th day of November, 2006.

/s/ Glen H. Davidson
Chief Judge