IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOSEPH TAYLOR     PLAINTIFF

v.     No. 4:06CV81-GHD-DAS

SUE RADINGER, NURSE     DEFENDANT

**ORDER**

Upon further review of the record of this case filed pursuant to 42 U.S.C. § 1983, the court finds that by Order of this court dated November 27, 2006 (# 26), the plaintiff's claims against all defendants named in the complaint and identified during the *Spears* hearing were dismissed. By Judgment of the Fifth Circuit (# 50), the court's order was affirmed in part and reversed in part, and the case was remanded for further proceedings.

**THEREFORE, IT IS ORDERED:**

1. That the complaint is hereby deemed amended as of this date to substitute SUE RADINGER, NURSE, as a defendant in the place of "Nurse, Jane Doe" identified in the complaint.

2. That the clerk is hereby directed to add SUE RADINGER, NURSE, to this case as a party-defendant and terminate all other named defendants.

This, the 22nd day of October, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE