IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOSEPH TAYLOR                                                                                   PLAINTIFF

v.                                                                                    No. 4:06CV81-GHD-DAS

SUE RADINGER, NURSE                                                                    DEFENDANT

**ORDER**

Before the court is the plaintiff's motion for permission to conduct depositions by written questions (# 115). The plaintiff has filed his motion pursuant to FED. R. CIV. P. 31 and seeks to obtain the deposition testimony of non-party correctional officers. The defendant essentially responds that the evidence sought by the plaintiff will not be admissible at trial. However, the defendant overlooks the correct discovery standard, as a request for relevant information need only be "reasonably calculated to lead to the discovery of admissible evidence." *See* FED. R. CIV. P. 26(b)(1). Nonetheless, the court finds the motion should be denied because the period allowed for discovery and the motions deadline have long expired, and the plaintiff has not shown good cause for an extension.

**THEREFORE, IT IS ORDERED** that the plaintiff's motion for permission to submit written deposition questions to witnesses is hereby DENIED.

This, the 18TH day of November, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE